UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ONELIO CARDONA-HERNANDEZ,<br><br>                     Petitioner,<br><br>   v.<br><br>RON HAYNES,<br><br>                     Respondent. | CASE NO. 2:20-cv-00623-RSM-BAT<br><br>**ORDER GRANTING THIRD EXTENSION OF TIME** |

On December 17, 2020 petitioner filed a motion for an additional 45 days to respond to respondent's answer. Dkt. 20. Petitioner requests an extension claiming he has limited access to the law library due to the COVID-19 pandemic. The motion was noted for January 1, 2021; Respondent did not file a response to the motion. The Court has considered the motion and record and **GRANTS** Petitioner's motion (Dkt. 20). Petitioner shall file his reply to respondent's answer on or before **February 15, 2021**.

The Clerk is directed to re-note the petition to **February 19, 2021**. The Clerk shall provide copies of this order to the parties.

DATED this 4th day of September, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING THIRD EXTENSION OF TIME - 1