UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ONELIO CARDONA-HERNANDEZ, <br><br> Petitioner, <br><br> v. <br><br> RON HAYNES, <br><br> Respondent. | CASE NO. 2:20-cv-00623-RSM-BAT <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) The case is dismissed with prejudice and issuance of a certificate of appealability is denied.

(3) The Clerk is directed to send copies of this Order to the parties.

Dated this 30th day of March, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1